[No. 48194-4-II.   Division Two.   December 28, 2016.]

*In the Matter of the Parenting and Support of* L.H. ET AL.

MARESA HARDEN, *Petitioner*, v. JASON HESTER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-3-03417-1, Garold E. Johnson, J., entered September 25, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Melnick, J. Now published at 198 Wn. App. 190.

[No. 48226-6-II.   Division Two.   December 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACKARY ALLEN BRAME, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-02478-9, James R. Orlando, J., entered October 16, 2015. *Remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[Nos. 34105-4-III; 34106-2-III.   Division Three.   January 3, 2017.]

*In the Matter of the Parental Rights to* M.S.

*In the Matter of the Parental Rights to* J.S.

Appeals from a judgment of the Superior Court for Stevens County, No. 15-7-00104-0, Allen Nielson, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.